# Court of Appeals
# of the State of Georgia

ATLANTA, __May 22, 2019_____

*The Court of Appeals hereby passes the following order:*

**A19E0052. CARY v. CARY.**

Upon consideration of applicant's Motion to Extend Time to File Application for Discretionary Appeal, the same is hereby GRANTED. Applicant shall have until July 8, 2019 to file his application.



*Court of Appeals of the State of Georgia*
         *Clerk's Office, Atlanta, __05/22/2019_____*
         *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
         *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*